AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

# 92535-509

United States of America
v.
Patrick John King

)
) Case: 1:22-mj-00063
) Assigned To : Meriweather, Robin M.
) Assign. Date : 3/15/2022
) Description: Arrest Warrant with Complaint
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Patrick John King ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 03/15/2022

2022.03.15
17:38:59 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.       Robin M. Meriweather  U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/15/22 , and the person was arrested on *(date)* 3/23/22
at *(city and state)* Mt Vernon, WA .

Date: 3/23/22

*Arresting officer's signature*

Michael Stults, Special Agent FBI
*Printed name and title*